SYRACUSE CAPITAL CORPORATION, Respondent, v. PATTISON CONSTRUCTION CORPORATION and Others, Defendants, and JAMES J. DALTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Petition of STEPHEN SMYTH HARDIKER for the Construction of the Last Will and Testament of NICHOLAS HARDIKER, Deceased.*— Decree, so far as appealed from, affirmed, with costs payable out of the estate. All concur, except Thompson, J., who dissents and votes for reversal of the decree so far as appealed from. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES McHUTCHISON, Doing Business under the Trade Name of McHUTCHISON & COMPANY, Respondent, v. JAMES A. KELLY and Others, Copartners, etc., under the Firm Name and Style of KELLY BROTHERS NURSERIES, Appellants.— Judgment modified by reducing the amount of the recovery to the sum of $3,938.81, and as so modified affirmed, with costs to the respondent. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PEDRO, Alias GIOVANNI PETTO, Alias JOHN PIETRO, Alias John PETTE, Alias JOHN ANTHONY, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.